

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00742-CV

**IN THE INTEREST OF I.L.**, C.C., and R.C., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01935
Honorable Linda A. Rodriguez, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the part of the trial court's final order that decrees appellant, A.L., is not appointed possessory conservator is REVERSED. We REMAND this case solely for the trial court to enter a new final order consistent with the trial court's oral pronouncement during the trial proceedings. The remainder of the trial court's final order is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED April 10, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Retired judge, sitting by assignment.